124.67*  2011

**07-62208**  JEFFREY LINDER
SUE LINDER
CREDITOR  DID NOT CASH CHECK
CHECK #473543 FOR $124.67
TRUE NEIGHBOR OF N MIDDLE
2701 N ROCKY PT DR  #660
TAMPA, FL 33607

```
              UNITED STATES
           BANKRUPTCY COURT

          Northern District of Ohio
               CANTON Division

          R1  -  00060903
          Intake deputy: 4878318 (V. Wa.)

          January 06, 2011 11:37:51

  Code     Case #    Qty       Amount
  UF - UNCLAIMED FUNDS
           07-62208RK  1P      $124.67CK
  Debtor - Linder
  Payment Type - CHECK
  Check Number - 473543

  TOTAL   --          $124.67
  TEND    --           124.67
  CHANGE  --             0.00


  FROM: TOBY L ROSEN
        121 CLEVELAND AVE SW
        CANTON  OH  44702
        330-455-2222
```